**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL ROGERS,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>PENN CREDIT CORPORATION,<br><br>　　　　　Defendant. | Case No.: 1**0-cv-00290**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:　**May 13, 2010**　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE